[No. 11436-1-I.  Division One.  June 4, 1984.]

McMILLAN HEALTH CARE, INC., ET AL, *Appellants,* v.
PIONEER RIDGE HEALTHCARE, INC., ET AL,
*Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 81-2-07014-1, James D. McCutcheon, Jr., J., entered March 10, 1982. *Affirmed* by unpublished opinion per Williams, J., concurred in by Andersen, J., and Johnsen, J. Pro Tem.

[No. 12412-9-I.  Division One.  June 4, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. RUSSELL
L. SMITH, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 81-1-03476-1, Liem E. Tuai, J., entered October 6, 1982. *Affirmed* by unpublished opinion per Andersen, J., concurred in by Durham, C.J., and Ringold, J.

[No. 12479-0-I.  Division One.  June 4, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. DAVID
CORNELIUS CONYERS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 82-1-01600-1, Jim Bates, J., entered October 29, 1982. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Corbett, A.C.J., and Scholfield, J.